Kathryn J. Halford (CA Bar No. 068141)
email: khalford@wkclegal.com
Armine Alajajian (CA Bar No. 313211)
Email: aalajajian@wkclegal.com
**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**
16501 Ventura Boulevard, Suite 304
Encino, CA 91436
Telephone: (818) 501-8030 ext. 313
Facsimile: (818) 501-5306

Attorneys for Plaintiffs, Board of Directors of the Motion Picture Industry Pension Plan, et al.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Western Division**

BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,

Plaintiffs,

vs.

VERONIKA DECIDES TO DIE PRODUCTIONS, LLC, a New York limited liability company,

Defendant.

**CASE NO. 2:17-cv-04548-JFW-(Ex)**

**NOTICE OF VOLUNTARY DISMISSAL**

[FRCP 41(a)(1)(A)(i)]

Complaint Filed: June 20, 2017
Hon. John F. Walter

**NOTICE IS HEREBY** given that pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the above-captioned action, without prejudice.

Dated: August 25, 2017

Armine C. Alajajian, Esq.
WOHLNER KAPLON CUTLER
HALFORD & ROSENFELD

By: *Armine Alajajian*
Armine C. Alajajian
Attorneys for Plaintiffs Boards of Directors of the Motion Picture Industry Pension Plan et al.