# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. __CV 17-4548 JFW (Ex)__  Date __August 28, 2017__

Title: Board of Directors of The Motion Picture Industry Pension Plan, et al v. Veronika Decides to Die Production, LLC

Present: The Honorable __John F. Walter__

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:
Not Present

Attorneys Present for Defendants:
Not Present

Proceedings: ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other __Voluntary Dismissal filed by Plaintiff   Make JS-6__

☐ Entered _____.

Initials of Preparer __sr__